935 A.2d 1271

**Kevin CANNADY, Petitioner,**

v.

**Thomas CORBETT, Attorney General for the Commonwealth of Pennsylvania, James T. Wynder, Superintendent at SCI–Dallas, 1000 Follies Road, Dallas, PA 18612, Respondent.**

**No. 162 EM 2007.**

Supreme Court of Pennsylvania.

Nov. 2, 2007.

### ORDER

PER CURIAM.

**AND NOW,** this 2nd day of November, 2007, the Application to File Original Process is granted and the Writ of Habeas Corpus is denied.

935 A.2d 1271

**Robert DAVIS, Petitioner,**

v.

**COURT OF COMMON PLEAS, Philadelphia County, and Department of Corrections, Respondents.**

**No. 139 EM 2007.**

Supreme Court of Pennsylvania.

Nov. 2, 2007.

### ORDER

PER CURIAM.

**AND NOW,** this 2nd day of November, 2007, the Application for Leave to File Original Process is granted and the Application for Writ of Habeas Corpus and/or Extraordinary Relief is denied.